# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MATTHEW JAMES ELLIS                                    PLAINTIFF

v.                         No: 5:19-cv-237 DPM

TURNTINE, Nurse, Dub Brassell
Detention Center; CHILDS, Officer,
Dub Brassell Detention Center;
CENTELL, Officer, Dub Brassell
Detention Center; TYLER, Chief,
Dub Brassell Detention Center                          DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Ellis hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. № 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 September 2019