## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MATTHEW JAMES ELLIS**                                    **PLAINTIFF**

v.                          **No: 5:19-cv-237 DPM**

**TURNTINE, Nurse, Dub Brassell**
**Detention Center; CHILDS, Officer,**
**Dub Brassell Detention Center;**
**CENTELL, Officer, Dub Brassell**
**Detention Center; TYLER, Chief,**
**Dub Brassell Detention Center**                          **DEFENDANTS**

## JUDGMENT

Ellis's complaint is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

4 September 2019